UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS DE'MON LAKE,<br><br>      Plaintiff,<br><br>   v.<br><br>A. OBOYLE, et al.,<br><br>      Defendants.<br>_____ | No. 2:23-cv-01306-DJC-AC |
| DARIUS DE'MON LAKE,<br><br>      Plaintiff,<br><br>   v.<br><br>PATRICK COVELLO, et al.,<br><br>      Defendants.<br>_____ | No. 2:23-cv-01311-DMC |
| DARIUS DE'MON LAKE,<br><br>      Plaintiff,<br><br>   v.<br><br>JEREMY ROWE,<br><br>      Defendant. | No. 2:23-cv-01518-TLN-KJN<br><br><u>RELATED CASE ORDER</u> |

Defendant has filed a notice of related cases in all of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, all cases (1) involve the same Plaintiff, as well as some overlapping Defendants, and (2) involve the same use of force incident and its immediate aftermath, giving rise to common questions of fact. *See* E.D. Cal. L.R. 123(a). Accordingly, the assignment of these matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and be convenient for the parties.

The parties should be aware that while relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:23-cv-01311-DMC is reassigned from Magistrate Judge Dennis M. Cota to the undersigned, and 2:23-cv-01518-TLN-KJN is reassigned from Judge Troy L. Nunley to the undersigned. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:23-cv-01311-DJC-AC and 2:23-cv-01518-DJC-AC, respectively.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **January 3, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE