IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARIUS DE'MON LAKE,** | Case No. 2:23-cv-1306 DJC AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| A. OBOYLE, et al., | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' motion to stay merits-based discovery (ECF No. 30) is GRANTED.  Discovery pertaining to issues other than the exhaustion of an administrative remedy will not be permitted absent an order from this Court, including that which is propounded during the pendency of Defendants' exhaustion-based motion for summary judgment.  The deadlines set forth in the Discovery and Scheduling Order are vacated.  A new Discovery and Scheduling Order will be issued after a final ruling on Defendants' exhaustion-based motion for summary judgment.

DATED: April 10, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE